❏ Original          ❏ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | ) |
| Information associated with the following Facebook Accounts: | ) |
| "Da Last T-roy" (ID # 100009546242985) and "Lawnie | ) |
| Mcnutt" (ID # 100053063592628), more particulary described | ) |
| in Attachment A. | ) |

Case No.  21-895M(NJ)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before      June 29, 2021          *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to          Honorable Nancy Jospeh          .
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

❏ for _____ days *(not to exceed 30)*     ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:      June 15, 2021 @ 10:23 a.m.          *Nancy Joseph*
                                                                                           *Judge's signature*

City and state:      Milwaukee, Wisconsin          Honorable Nancy Joseph, U.S. Magistrate Judge
                                                                                 *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

## Certification

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**<u>ATTACHMENT A</u>**

**Property to Be Searched**

This warrant applies to information associated with the following Facebook Accounts:

"Da Last T-roy" (ID # 100009546242985) and "Lawnie Mcnutt" (ID # 100053063592628).

## ATTACHMENT B

### Particular Things to be Seized

**I. Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)     All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)     All activity logs for the account and all other documents showing the user's posts and other Facebook activities from December 1, 2020, to the present;

(c)     All "Stories" posted by the account from December 1, 2020, to the present;

(d)     All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them from December 1, 2020 to the present, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(e)     All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which

the user is a member, including the groups' Facebook group identification

numbers; future and past event postings; rejected "Friend" requests; comments;

gifts; pokes; tags; and information about the user's access and use of Facebook

applications;

(f)     All records or other information regarding the devices and internet browsers

associated with, or used in connection with, that user ID, including the hardware

model, operating system version, unique device identifiers, mobile network

information, and user agent string;

(g)     All other records and contents of communications and messages made or received

by the account from December 1, 2020, to the present, including all Messenger

activity, private messages, chat history, video and voice calling history, and

pending "Friend" requests;

(h)     All "check ins" and other location information;

(i)     All IP logs, including all records of the IP addresses that logged into the account;

(j)     All physical location data for the account, including any data collected from

electronic devices associated with the account, from December 1, 2020 to the

present;

(k)     All records of the account's usage of the "Like" feature, including all Facebook

posts and all non-Facebook webpages and content that the user has "liked";

(l)     All information about the Facebook pages that the account is or was a "fan" of;

(m)     All past and present lists of friends created by the account;

(n)     All records of Facebook searches performed by the account from December 1,

2020, to the present;

2

(o)     All information about the user's access and use of Facebook Marketplace;

(p)     The types of service utilized by the user;

(q)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(r)     All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(s)     All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the government within 10 days of issuance of this warrant.

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of travel in interstate commerce or use of a facility of interstate commerce with intent to possess firearms and ammunition by felons, motor vehicle robbery and use of a firearm during a crime of violence, in violation of Title 18, United States Code, Sections 922(g)(1), 2119(1) and 924(c)., including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Evidence of the crimes described above;

(b) Preparatory steps taken in furtherance of these crimes;

(c) Evidence of the existence, scope, or overt acts in furtherance of a conspiracy;

3

(d) Evidence of motive, intent, or knowledge of the crimes described above;

(e) Evidence about the relationships between the users of these accounts;

(f) Evidence of the location, whereabouts, and patterns of travel of the user of the account;

(g) Appearance, clothing, and identity of the user of the account;

(h) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(i) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(j) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s); and

(k) Evidence indicating that any person attempting to obstruct or impede investigations related to arson.

4

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information associated with the following Facebook Accounts: "Da Last T-roy" (ID # 100009546242985) and "Lawnie Mcnutt" (ID # 100053063592628), more particulary described in Attachment A. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.<br>21-895M(NJ) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 922(g)(1), 2119(1) and 924(c). | Possession of firearms and ammunition by felons, motor vehicle robbery and brandishing of a firearm during a crime of violence |

The application is based on these facts:

See Attached Affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

BRADLEY KURTZWEIL    Digitally signed by BRADLEY KURTZWEIL
Date: 2021.06.15 09:35:30 -05'00'

*Applicant's signature*

Special Agent Bradley Kurtzweil - ATF

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone _____

*(specify reliable electronic means).*

Date: June 15, 2021

*Judge's signature*

City and state: Milwaukee, Wisconsin

Honorable Nancy Joseph

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Brad Kurtzweil, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.       I make this affidavit in support of an application for a search warrant for information associated with the following Facebook user IDs: "Da Last T-roy" [ID # 100009546242985] and "Lawnie Mcnutt" [ID # 100053063592628] that are stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID.

2.       I am a Special Agent of the United States Justice Department, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), currently assigned to the Milwaukee Field Office. I have been so employed since March 2020. My duties as a Special Agent with ATF include investigating alleged violations of the federal firearms, explosives, and arson statutes.

3.       I have completed approximately 26 weeks of training (approximately 1000 hours) at the Federal Law Enforcement Training Center (Glynco, Georgia), as well as the ATF National Academy.  That training included various legal courses related to Constitutional Law as well as search and seizure authority. Additionally, I have received training on how to conduct various tasks associated with criminal investigations, such as: interviewing, surveillance, and evidence collection.

4.     Prior to my employment with the ATF, I was a sworn Police Officer in the State of Illinois from March 2011 to March 2020.  I completed 12 Weeks (approximately 480 hours) of basic training at the Illinois State Police Academy from April 2011 to June 2011.

5.     My most recent position as a Police Officer, prior to my employment with ATF, was with the Bolingbrook Police Department in Bolingbrook, IL.  While employed by the Bolingbrook Police Department, I was a Patrol Officer from December 2012 until March 2020. From July 2017 until March 2020, I also served as an Evidence Technician, assigned to Patrol. During my time in Bolingbrook, I received eight Written Recognitions and two Commendations.

6.     During my career as a Police Officer, I attended approximately 520 hours of additional training in areas including: evidence collection, interview/interrogation, arson and explosives, gang investigations; and drug investigations.

7.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

8.     Based on the facts as set forth in this affidavit, there is probable cause to believe that the information described in Attachment A contains evidence of possession of firearms and ammunition by felons, motor vehicle robbery and use of a firearm during a crime of violence, in violation of Title 18, United States Code, Sections 922(g)(1), 2119(1) and 924(c).

**FACEBOOK FUNCTIONALITY**

9.     Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com.  Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news,

2

photographs, videos, and other information with other Facebook users, and sometimes with the general public.

10.     Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter.  This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.  Facebook also assigns a user identification number to each account.

11.     Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  Facebook assigns a group identification number to each group.  A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other.  Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

12.     Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts.  By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users.  A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings.  Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook. Depending on the

3

user's privacy settings, Facebook may also obtain and store the physical location of the user's device or devices as they interact with the Facebook service on those devices.

13.     Facebook users can create profiles that include photographs, lists of personal interests, and other information.  Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet.  Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list.  In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times.  A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

14.     Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video.  It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video.  When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video.  For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

15.     Facebook users can exchange private messages on Facebook with other users.  Those messages are stored by Facebook unless deleted by the user.  Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.  In addition, Facebook has a

4

chat feature that allows users to send and receive instant messages through Facebook Messenger. These chat communications are stored in the chat history for the account. Facebook also has Video and Voice Calling features, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

16.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

17.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

18.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

19.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

20.     Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

21.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

5

22. Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so. Based on my training and experience, I know that Facebook can provide real-time and historical location information for the device or devices using a Facebook account, including the date and time associated with a latitude and longitude.

23. Facebook further maintains a functionality it refers to as "Stories," whereby users can post photos and videos using Facebook's "in app" camera, frequently utilizing filters and additional text. After a user "posts" a "Story," the "Story" will be available to their "friends" for a 24-hour period, appearing at the top of their "News Feed" in the application.

24. Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

6

25.     As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a

7

plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

26.     Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## PROBABLE CAUSE

27.     On February 15, 2021 at approximately 10:19 PM, the Menomonee Falls Police Department received a complaint of an armed robbery in the parking lot of the Delta Marriot Hotel, located at N88 W14750 Main St, Menomonee Falls, Waukesha County, Wisconsin.

28.     Upon the arrival of officers, it was discovered that the victim (AV), an employee arriving for work, was pulled out of the driver's side of her parked vehicle as a gun was held to her head by Offender 1.  AV reported being pushed on her right shoulder by another subject, Offender 2, who had entered the passenger side door of the vehicle.   She reported that Offender 2 shoved her on the shoulder with his hands, yelling at her to get out of the car.

29.     AV reported after she was pulled from her vehicle, Offender 1 threw her phone at AV while she was lying on the ground.  The phone landed behind the rear driver side tire, causing AV to fear the phone would be run over by her vehicle as it drove in reverse.  As AV retrieved her phone, Offender 1 again pointed the gun at her head and demanded her car keys stating, "Give me your keys or I'll shoot."  After giving Offender 1 her keys, he stated, "Too slow," and took AV's cellphone from her, before getting back into the driver side of the car. Offender 2 exited the vehicle and told AV, "Gimme your cash bitch," at which time AV complied with his demand.  After having her car keys, cell phone and U.S. currency taken from

8

her, she got off the ground and ran into the hotel to call 911. The two offenders then fled in AV's vehicle, without her consent.

30.     AV's vehicle was located by responding officers on the west end of the hotel parking lot, stuck in the snow approximately 100 yards from the hotel. The doors were left open and the vehicle was unoccupied. AV's cell phone was located by officers in a snowbank in the entrance corner of the parking lot to the Focus Credit Union, which is the first building directly west of the hotel and just across the street from where AV's vehicle was located. Shoe prints in the freshly fallen snow led officers from the hotel parking lot, heading south across Main Street before leaving the sidewalk headed through the property located at N87 W15039 Main St. The shoe prints continued into backyards of the residences located on Rozanne Drive. At this time, a Washington County Deputy encountered both subjects hiding under a tree in the back yard of W150 N8676 Wheeler Drive, which runs perpendicular to Rozanne Drive and connects at the south end of Rozanne where it dead ends. Deputies took one subject, later identified as Troy Walter, M/B, 10/29/1997, into custody, while the other subject, identified as Delawn McNutt, M/B, 09/16/1996, ran through the yard and was apprehended several seconds later by the Menomonee Falls Police Department. Both subjects matched the description of the offenders given by AV and as seen on surveillance videos.

31.     A black Samsung A01 cellphone was recovered by a Germantown Police canine during an article search under the trees where McNutt and Walter were seen hiding.

32.     Seven rounds of .22 caliber ammunition were located on McNutt's person during a search incident to his arrest by Menomonee Falls Police Officers.

33.     On March 4, 2021, a High Standard, Model DM 101, .22 caliber Derringer was located by ATF Special Agent Jason Salerno and his canine partner Sandi. The firearm was

9

located in the rear yard of N87 W15042 Rozanne Dr.  The location where the firearm was located is approximately 20 yards from where McNutt was taken into custody.  See Map Below.

34.     While reviewing phone records belonging to Troy Walter pursuant to a Federal search warrant, law enforcement observed that a large portion of communication done by Troy Walter was done via "Facebook Messenger."

35.     On February 12, 2021 at approximately 8:36pm (time and date converted to central time from UTC time), Walter receives a Facebook message from "Lawnie Mcnutt," which states, "4142953658 Call Me Bro !"

36.     On February 13, 2021 at approximately 5:54pm (time and date converted to central time from UTC time), Walter sends a text message to "414-295-3658," (the phone number being utilized by McNutt) at which time, Walter states, "Tryin get ride 2 get da strap." Through my training and experience, I know that "strap" is a common slang word used when talking about a firearm.

37.     In a Facebook message sent by Troy Walter to "Deshawn Sykes," about money Walter owes him, Walter states on February 13, 2021, "Ik cuz I'm putAlick together rite now." On February 14, 2021 Walters states, "Ik Dat Cuz I back robbing n shit jus pay yu dis bread." On February 15, 2021 (the date of the carjacking) at 6:49pm (time and date converted from UTC time), Walter states, "Cuz if lick go rite it be 2 night."  Through my training and experience, I know that "lick," is a common slang word used for robbing/stealing from somebody or some place.

10



## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

38.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

39.     Based on the foregoing, I request that the Court issue the proposed search warrant.

40.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving it on Facebook.  Because the warrant will be served on Facebook, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

12

**<u>ATTACHMENT A</u>**

**Property to Be Searched**

This warrant applies to information associated with the following Facebook Accounts:

"Da Last T-roy" (ID # 100009546242985) and "Lawnie Mcnutt" (ID # 100053063592628).

13

**ATTACHMENT B**

**Particular Things to be Seized**

**I. Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

    (a)    All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

    (b)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities from December 1, 2020, to the present;

    (c)    All "Stories" posted by the account from December 1, 2020, to the present;

    (d)    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them from December 1, 2020 to the present, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

    (e)    All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which

the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(f)     All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(g)     All other records and contents of communications and messages made or received by the account from December 1, 2020, to the present, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(h)     All "check ins" and other location information;

(i)     All IP logs, including all records of the IP addresses that logged into the account;

(j)     All physical location data for the account, including any data collected from electronic devices associated with the account, from December 1, 2020 to the present;

(k)     All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(l)     All information about the Facebook pages that the account is or was a "fan" of;

(m)     All past and present lists of friends created by the account;

(n)     All records of Facebook searches performed by the account from December 1, 2020, to the present;

2

(o)     All information about the user's access and use of Facebook Marketplace;

(p)     The types of service utilized by the user;

(q)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(r)     All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(s)     All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the government within 10 days of issuance of this warrant.

## II.     Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of travel in interstate commerce or use of a facility of interstate commerce with intent to possess firearms and ammunition by felons, motor vehicle robbery and use of a firearm during a crime of violence, in violation of Title 18, United States Code, Sections 922(g)(1), 2119(1) and 924(c)., including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Evidence of the crimes described above;

(b) Preparatory steps taken in furtherance of these crimes;

(c) Evidence of the existence, scope, or overt acts in furtherance of a conspiracy;

3

(d) Evidence of motive, intent, or knowledge of the crimes described above;

(e) Evidence about the relationships between the users of these accounts;

(f) Evidence of the location, whereabouts, and patterns of travel of the user of the account;

(g) Appearance, clothing, and identity of the user of the account;

(h) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(i) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(j) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s); and

(k) Evidence indicating that any person attempting to obstruct or impede investigations related to arson.

4